## STATE v. HOSKINS, TREASURER
(No. 1059; Decided Feb. 15th, 1923; 212 Pac. 766)

Original proceedings in mandamus on the relation of School District No. 2 in the County of Weston and State of Wyoming against A. D. Hoskins, as State Treasurer, to require him to credit to the account of the common school land income fund certain rents or royalties from the leasing of school lands and to continue to do so from time to time as such rents or royalties are received by him in the future.

*Alfred H. Baumbach* and *Thurman W. Arnold,* for relator.

*J. G. Hartwell, S. A. Nelson, Louis Kabell, Jr.,* and *L. H. Brown,* of counsel.

*W. L. Walls,* Attorney General, for defendant.

*John W. Lacey* and *N. E. Corthell, amici curiae* in support of defendant's position.

BLUME,‘Justice.

By stipulation entered herein it was agreed by counsel that the decision of this court in Case No. 1058 should be taken for, and should be, the decision and opinion of the court in this case.  Case No. 1058 having been this day decided against relator, it is accordingly ordered that the mandamus herein prayed for should be and the same is hereby denied for the reasons set forth in the opinion filed in said case No. 1058.

*Denied.*

POTTER, Ch. J., and KIMBALL, J., concur.